**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DENNIS KING, et al., | No. CV 19-982-VAP (PLAx) |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY AN ORDER FOR SALE OF DWELLING SHOULD NOT ISSUE** |
| v. | |
| TERENCE SEAN McGEE, M.D., et al., | |
| Defendants. | |

On November 6, 2019, judgment creditor filed an Application for Issuance of an Order to Show Cause re: Sale of Dwelling, along with a Memorandum of Points and Authorities and exhibits (hereinafter the "Application"). (ECF Nos. 63, 64). Judgment creditor seeks therein an order that the dwelling and real property owned by judgment debtors Terence Sean McGee, M.D., and The Marital Community of Terence and Kim McGee, i.e., the property located at 28824 Selfridge Drive, Malibu, California, 90265 ("the Property"), be **sold** in order to satisfy the judgment entered against the judgment debtors on January 10, 2018. The Application was referred to this Court on December 16, 2019.

The Court having considered the Application, and for good cause,

IT IS HEREBY ORDERED that judgment debtors and defendants Terence Sean McGee, M.D., and The Marital Community of Terence and Kim McGee, appear on **January 22, 2020, at**

**10:00 a.m.**, in courtroom 780, Roybal Federal Courthouse, 7th Floor, 255 E. Temple Street, Los Angeles, **to show cause, if any, why the Application for sale of dwelling should not be granted**.

IT IS FURTHER ORDERED that a copy of this Order to Show Cause, a copy of the Application, and a copy of the notice of hearing shall be personally served on the judgment debtors and counsel of record. Copies of each of these documents shall also be personally served on the occupant(s) of the dwelling or, if no occupant(s) is/are present at the time service is attempted, posted in a conspicuous place at the dwelling. Service and posting of these documents shall be accomplished at least 30 days before the date of the hearing set forth above.[1]

DATED: December 16, 2019

                                                  PAUL L. ABRAMS
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The Court finds good cause for a hearing date beyond the 45 day limit set forth in California Code of Civil Procedure § 704.770, as service and posting of documents as described herein must be accomplished at least 30 days prior to the date set for the hearing.