UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS KING, et al., | ) No. CV 19-982-VAP (PLAx) |
| Plaintiffs, | ) **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) |
| TERENCE SEAN McGEE, M.D., et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed judgment creditor's Application for an order for the sale of the subject dwelling (ECF No. 63), defendants' Opposition to the Application, creditor's Reply, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment creditor's Application for an order for the sale of the subject dwelling (ECF No. 63) is **denied**.

3. The clerk shall serve this Order on all counsel or parties of record.

DATED: May 14, 2020

_____
HONORABLE VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE